## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JORGE HERNANDEZ-VILLA,<br><br>　　　　　　　　　　Defendant. | Case No. 16CR0899-BAS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

X　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　the Court has dismissed the case for unnecessary delay; or

__　the Court has granted the motion of the Government for dismissal, without prejudice; or

__　the Court has granted the motion of the defendant for a judgment of acquittal; or
__　a jury has been waived, and the Court has found the defendant not guilty; or

__　the jury has returned its verdict, finding the defendant not guilty;

X　　of the offense(s) as charged in the Indictment/Information:

8:1326(a)(b) - Attempted Reentry of Removed Alien (Felony) (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/1/2016

FILED
JUN 0 1 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY

Hon. Mitchell D. Dembin
United States District Judge